Alan D. Smith, CSBA 89112
ADSmith@perkinscoie.com
Steven G. Polard, CSBA 90319
SPolard@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Defendants
ZANGLE NATIONAL USERS' GROUP
and JOHN GETCHELL

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ZANGLE INC.,<br><br>              Debtor. | CASE NO. 11-21515-RN<br><br>Chapter: 11<br><br>Adversary Pro. No.: 11-01999-RN |
| ZANGLE INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>ZANGLE NATIONAL USERS'<br>GROUP; JOHN GETCHELL;<br>GRAHAM HELLEWELL; TROY<br>LEACH; DOES 1-500,<br><br>              Defendants. | MOTION TO VACATE ENTRY OF<br>DEFAULT<br><br>Date:      June 16, 2011<br><br>Time:     9:00 a.m.<br><br>Courtroom:   1645 [Hon. Richard J. Neiter]<br>                255 E. Temple Street<br>                Los Angeles, CA  90012 |

Defendants Zangle National Users' Group ("*ZNUG*") and John Getchell ("*Getchell*")

hereby move the Court for an order setting aside and vacating the default apparently entered

against them in the above entitled action.  The Defendants bring this motion pursuant to

Rule 55(c) of the Federal Rules of Civil Procedure, as incorporated by Bankruptcy Rule 7055, on

1   the grounds that good cause exists for the relief requested, in that (a) notwithstanding the

2   purported proof of service filed herein, there was no service of process on Defendants; and

3   (b) even if service had been properly accomplished the interests of justice require that the merits

4   of this litigation be reached at the appropriate time and that this action not be determined by

5   default.

6         The motion is based on the Notice of Motion, the Memorandum of Points and Authorities,

7   and the Declarations of John Getchell and Anna Margarete Getchell, all filed concurrently

8   herewith, as well as all pleadings and records on file in this action, all other matters of which the

9   Court may appropriately take judicial notice, and any other evidence and argument that may be

10   presented to the Court at or prior to the hearing on this matter.

11

12   DATED:  May 26, 2011           **PERKINS COIE** LLP

13

14                         By:       /s/ Steven G. Polard

                                 Alan D. Smith, CSBA 89112

15                                ADSmith@perkinscoie.com

                                 Steven G. Polard, CSBA 90319

16                                SPolard@perkinscoie.com

17                            Attorneys for Defendants John Getchell and

                            Zangle National Users' Group

18

19

20

21

22

23

24

25

26

27

28