| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Alan D. Smith, CSBA 89112<br>Steven G. Polard, CSBA 90319<br>PERKINS COIE LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA  90067-1721<br>Telephone: 310.788.9900, Facsimile: 310-788-3399<br><br>*Attorney for* Zangle National Users' Group and John Getchell | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>　　ZANGLE, INC.,<br><br><br><br><br><br><br>　　　　　　　　　　　　　　　　　　　　　　Debtor. | CHAPTER __11___<br>　　Ch. 11 Case No. 11-21515-RN<br>CASE NUMBER  Adv. Pro. No. 11-0199<br><br>DATE: 6/16/11<br>TIME: 9:00 a.m.<br>COURTROOM: 1645 Hon. Richard J. Neiter |

## NOTICE OF MOTION FOR:

MOTION TO VACATE ENTRY OF DEFAULT

*(Specify name of Motion)*

1. TO: PLAINTIFF ZANGLE INC. AND THEIR ATTORNEYS OF RECORD:

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith.  Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)

| | | | |
|---|---|---|---|
| **Hearing Date:** 6/16/11 | **Time:** 9:00 a.m. | **Courtroom:** 1645 | **Floor:** 16 |
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1.  If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 5/26/11

　　　　　　　　　　　　　　　　　　　　　　　　PERKINS COIE LLP
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　*Law Firm Name*

　　　　　　　　　　　　　　　　　　　　　　　　By: _____/s/ Steven G. Polard___

　　　　　　　　　　　　　　　　　　　　　　　　Name: Steven G. Polard_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Movant*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                  **F 9013-1.1**

Notice of Motion (with Hearing) - Page 2 | **F 9013-1.1**

| In re ZANGLE, INC., | CHAPTER: 11 |
|---|---|
| | Ch. 11, Case No. 11-21515-RN |
| Debtor(s). | CASE NO.: Adv. Pro. No. 11-0199 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Perkins Coie LLP, 1201 Third Ave, Ste 4800
Seattle, WA 98101-3099

A true and correct copy of the foregoing document described as __Motion to Vacate Entry of Default__ and the additional documents listed on page three _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __5/26/11__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Jeffrey B. Neustadt, Counsel for Plaintiff
jbneustadtlaw@sbcglobal.net

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __5/26/11__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/26/11 | Mary Lou Maag | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-1.1**

F 9013-1.1

| In re  ZANGLE, INC., | CHAPTER: 11 |
|---|---|
| | Ch. 11 Case No. 11-21515-RN |
| Debtor(s). | CASE NO.: Adv. Pro. No. 11-0199 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

The following documents will be served via NET on Jeffrey B. Neustadt, counsel for Plaintiff, and chambers copies of the same documents will be delivered according to Judge Neiter's procedures:

Notice of Motion to Vacate Entry of Default
Motion to Vacate Entry of Default
Memorandum of Points and Authorities in Support of Motion to Vacate Default
Declaration of John Getchell in Support of Motion to Vacate Default
Declaration of Anna Margarete Getchell in Support of Motion to Vacate Default

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 9013-1.1