Alan D. Smith, CSBA 89112
ADSmith@perkinscoie.com
Steven G. Polard, CSBA 90319
SPolard@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendants
ZANGLE NATIONAL USERS' GROUP
and JOHN GETCHELL

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ZANGLE INC,<br><br>Debtor. | CASE NO. 11-21515-RN<br><br>Chapter: 11<br><br>Adversary Pro. No.: 11-01999-RN |
| ZANGLE INC.,<br><br>Plaintiff.<br><br>v.<br><br>ZANGLE NATIONAL USERS' GROUP; JOHN GETCHELL; GRAHAM HELLEWELL; TROY LEACH; DOES 1-500,<br><br>Defendants. | DECLARATION OF JOHN GETCHELL IN SUPPORT OF MOTION TO VACATE DEFAULT<br><br>Date:    June 16, 2011<br>Time: 9:00    a.m.<br>Courtroom:    1645 [Hon. Richard J. Neiter]<br>        255 E. Temple Street<br>        Los Angeles, CA  90012 |

I, JOHN GETCHELL, declare:

1. I am the Computer Services Manager for Bellingham Public Schools and the registered agent for the Co-Defendant, Zangle National Users' Group ("ZNUG"). I am over twenty-one years of age and competent to testify as a witness to the matters stated herein.

2. On Thursday, May 19, 2011, I was informed that a request for entry of default and a purported proof of service had been filed in this case. The proof of service states that I was served, in my individual capacity and in the capacity as registered agent for ZNUG, on April 25, 2011 at 4653 Majestic Drive, Bellingham, Washington, 98226. That is my home address, but I do not believe anything else about the proof of service is true.

3. I was never personally served by Barry Hensely or anyone else on April 25, 2011.

4. I did not receive anything in the mail that contained a summons or complaint or anything similar, whether on April 25 or any other time.

5. After I saw the purported proof of service, I searched my home, inside and outside, checked the mail box, looked around the door, and asked my wife about the matter, but did not find a copy or any indication whatsoever of the summons or complaint that Mr. Hensely declares he served.

6. In my capacity as Computer Services Manager for Bellingham Public Schools I am responsible for the school district's use of the Zangle software and thus for many aspects of the school district's relationship with the pending Zangle bankruptcy case. I was aware of the bankruptcy case and of the many lawsuits Zangle had commenced, and understood that one of those many cases was against ZNUG and me (and the other ZNUG officers). I was concerned about the lawsuit but understood that I would not have to do anything in response to the lawsuit unless and until I was served. I was therefore on the lookout for any attempts at service but not until Thursday, May 19, was I aware that anyone claimed service had been attempted.

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is

2  true and correct.

3  Executed on May 24, 2011, at Bellingham, Washington

_____
John Getchell

-3-

DECLARATION OF JOHN GETCHELL
IN SUPPORT OF MOTION TO
VACATE DEFAULT