Alan D. Smith, CSBA 89112
ADSmith@perkinscoie.com
Steven G. Polard, CSBA 90319
SPolard@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Defendants
ZANGLE NATIONAL USERS' GROUP
and JOHN GETCHELL

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. 11-21515-RN |
| ZANGLE INC, | Chapter: 11 |
| Debtor. | Adversary Pro. No.: 11-01999-RN |
| | |
| ZANGLE INC., | DECLARATION OF ANNA MARGARETE GETCHELL IN SUPPORT OF MOTION TO VACATE DEFAULT |
| Plaintiff. | Date:    June 16, 2011 |
| v. | Time: 9:00   a.m. |
| ZANGLE NATIONAL USERS' GROUP; JOHN GETCHELL; GRAHAM HELLEWELL; TROY LEACH; DOES 1-500, | Courtroom:   1645 [Hon. Richard J. Neiter] 255 E. Temple Street Los Angeles, CA  90012 |
| Defendants. | |

I, ANNA MARGARETE GETCHELL, declare:

1.  I am the wife of JOHN GETCHELL, the Computer Services Manager for Bellingham Public Schools and the Registered Agent for Zangle National Users' Group ("ZNUG").  I am over twenty-one years of age and am competent to testify to the matters stated herein.

DECLARATION OF ANNA MARGARETE
GETCHELL IN SUPPORT OF MOTION TO
VACATE DEFAULT JUDGMENT

2.  I and my husband reside at 4653 Majestic Drive, Bellingham, Washington 98226.  I was at home the entire day of April 25, 2011.  No one unknown to me came to the house that day.

3.  Whether on April 25, 2011 or any other day, I was not contacted by Barry Hensley or anyone else with a summons, complaint, or anything of the sort.  I did not receive service of process in any way, whether on behalf of my husband, ZNUG, or anyone else.

4.  Once my husband informed me of the alleged service, we searched the entire house, the mailbox and other areas of the property to no avail.  We did not find any indication of service of any sort.  I do not believe we were ever served in any way with any papers relating to this lawsuit, whether on April 25 or any other time.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 22, 2011, at Bellingham, Washington

_Anna Margarete Getchell_
Anna Margarete Getchell

DECLARATION OF ANNA MAGARETE
GETCHELL IN SUPPORT OF MOTION TO
VACATE DEFAULT JUDGMENT

-2-