Jeffrey B. Neustadt (SBN 57889)
LAW OFFICES OF JEFFREY B. NEUSTADT
2740 Van Ness Ave, STE 300
San Francisco, CA, 94109
Telephone: (415) 434-4440
FAX: (415) 962-4221
email: jbneustadtlaw@sbcglobal.net

Attorney for Debtor and Debtor-in-Possession
ZANGLE INC

FILED & ENTERED

JUL 14 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY paredes   DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ZANGLE INC<br><br>                              Debtor.<br><br>ZANGLE INC;<br><br>v.<br><br>ZANGLE NATIONAL USERS'<br>GROUP;<br>JOHN GETCHELL;<br>GRAHAM HELLEWELL;<br>TROY LEACH;<br>DOES 1-500;<br><br>          Defendants | Adversary No: 11-01999-RN<br>Case No.:        11-21515-RN<br>(Chapter 11)<br><br>**ORDER CONTINUING<br>STATUS CONFERENCE AND HEARINGS<br>PENDING MEDIATION**<br><br>Hearing Date:      June 16, 2011<br>Hearing Time:      09:00am<br>Place:            255 East Temple Street<br>                  Courtroom 1645<br>                  16th Floor<br>                  Los Angeles, CA<br>Judge:            Hon. Richard Neiter |

IT IS HEREBY ORDERED that the Status Conference in the above captioned adversary proceeding is continued to August 17, 2011 at 2:00 p.m., at 255 East Temple Street, Courtroom 1645, Honorable Judge Richard Neiter presiding.  The parties are to file their status conference statement with this Court on or before August 10, 2011.

IT IS FURTHER ORDERED that the hearing on the motion of the defendant Graham Hellewell to dismiss the case is set for August 17, 2011 at 2:00 p.m., at 255 East Temple Street, Courtroom 1645, Honorable Judge Richard Neiter presiding.

**ORDER CONTINUING STATUS CONFERENCE AND HEARINGS
PENDING MEDIATION - 1**

IT IS FURTHER ORDERED that the parties use their best efforts to participate in a global mediation to be presided over by a well respected mediator.  The participation of the parties in the mediation shall not be mandatory and the parties shall not be deemed to have waived any available objection to jurisdiction by their participation in said mediation.

Approved as to form and content:

/s/ Cathy Ta, Esq.
Cathy Ta
BEST BEST & KRIEGER
3750 University Ave
Riverside, CA 92502
Phone: 951-686-1450
Fax: 951-686-3083
Email: cathy.ta@bbklaw.com
Attorneys for Defendant Graham Hellewell

/s/ Clarissa R Canady, Esq.
Clarissa R Canady
DANNIS WOLIVER KELLEY
71 Stevenson St 19th Fl
San Francisco, CA 94105
Phone: 415-543-4111
Fax : 415-543-4384
Email: ccanady@dwkesq.com
Attorneys for Defendant Troy Leach


Steven G Polard
PERKINS COIE LLP
1888 Century Park East
Suite 1700
Los Angeles, CA 90067
Phone: 310-788-9900
Fax : 310-788-3399
Email: spolard@perkinscoie.com
Attorneys for Defendants: John Getchell and
Zangle National Users' Group

IT IS SO ORDERED

DATED: July 14, 2011

_____
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                        **F 9021-1.1.NOTICE.ENTERED.ORDER**

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER CONTINUING STATUS CONFERENCE AND HEARINGS PENDING MEDIATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *June 17, 2011*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Jeffrey B. Neustadt, Esq; (jbneustadtlaw@sbcglobal.net)
Cathy Ta, Esq; (cathy.ta@bbklaw.com)
Steven G Polard, Esq; (spolard@perkinscoie.com)
Franklin C Adams, Esq; (franklin.adams@bbklaw.com)

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Clarissa R Canady, Esq; (ccanady@dwkesq.com)

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.