Alan D. Smith, CSBA 89112
ADSmith@perkinscoie.com
Steven G. Polard, CSBA 90319
SPolard@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendants
ZANGLE NATIONAL USERS' GROUP
and JOHN GETCHELL

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ZANGLE INC.,<br><br>          Debtor. | CASE NO. 11-21515-RN<br><br>Chapter: 11<br><br>Adversary Pro. No.: 11-01999-RN |
| ZANGLE INC.,<br><br>          Plaintiff,<br><br>v.<br><br>ZANGLE NATIONAL USERS' GROUP; JOHN GETCHELL; GRAHAM HELLEWELL; TROY LEACH; DOES 1-500,<br><br>          Defendants. | MOTION TO DISMISS; OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT; OR IN THE ALTERNATIVE TO STAY ACTION<br><br>Date:    August 18, 2011<br><br>Time:    2:00 p.m.<br><br>Courtroom:    1645 [Hon. Richard J. Neiter]<br>                    255 E. Temple Street<br>                    Los Angeles, CA 90012 |

Defendants Zangle National Users' Group ("*ZNUG*") and John Getchell ("*Getchell*") hereby move the Court for an order dismissing this action, or in the alternative requiring a more definite statement, or in the alternative staying the action pending determinations made in other

1  fora.  The Defendants bring this motion pursuant to Rule 12 of the Federal Rules of Civil

2  Procedure, as incorporated by Bankruptcy Rule 7012, on the grounds that good cause exists for

3  the relief requested, in that this Court lacks jurisdiction to determine the issues raised by the

4  Complaint; the Complaint does not contain sufficient information from which the Defendants can

5  determine how to respond to the Complaint; and even if the Court has jurisdiction and the

6  Complaint is sufficiently definite, under the circumstances it is in the interests of justice that this

7  case be stayed pending resolution in other fora of the issues relating to ownership of the Zangle

8  software.

9      The motion is based on the Notice of Motion and the Memorandum of Points and

10  Authorities filed concurrently herewith, as well as all pleadings and records on file in this action,

11  all other matters of which the Court may appropriately take judicial notice, and any other

12  evidence and argument that may be presented to the Court at or prior to the hearing on this matter.

13

14  DATED: July 15, 2011            **PERKINS COIE LLP**

15

      By:    /s/ Steven G. Polard

16      Alan D. Smith, CSBA 89112
      ADSmith@perkinscoie.com

17      Steven G. Polard, CSBA 90319
      SPolard@perkinscoie.com

18      Attorneys for Defendants John Getchell and
      Zangle National Users' Group

19

20

21

22

23

24

25

26

27

28