Alan D. Smith, CSBA 89112
ADSmith@perkinscoie.com
Steven G. Polard, CSBA 90319
SPolard@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendants
ZANGLE NATIONAL USERS' GROUP
and JOHN GETCHELL

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ZANGLE INC.,<br><br>Debtor. | CASE NO. 11-21515-RN<br><br>Chapter: 11<br><br>Adversary Pro. No.: 11-01999-RN |
| ZANGLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZANGLE NATIONAL USERS' GROUP; JOHN GETCHELL; GRAHAM HELLEWELL; TROY LEACH; DOES 1-500,<br><br>Defendants. | NOTICE OF MOTION TO DISMISS; OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT; OR IN THE ALTERNATIVE TO STAY ACTION<br><br>Date:   August 18, 2011<br><br>Time:   2:00 p.m.<br><br>Courtroom:   1645 [Hon. Richard J. Neiter]<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on August 18, 2011 at 2:00 p.m., in Courtroom 1645 on

the 16th floor of the U.S. Courthouse, located at 255 E. Temple Street, Los Angeles, California

09721-0003/LEGAL21321710.1                                              MOTION TO DISMISS OR STAY

90012, before the Hon. Richard M. Neiter, Defendants Zangle National Users' Group ("***ZNUG***") and John Getchell ("*Getchell*" and, with ZNUG, the "***Moving Defendants***") will bring on for hearing their motion for an order dismissing this action, or in the alternative requiring a more definite statement, or in the alternative staying the action pending determinations made in other fora.  The Moving Defendants brought the motion pursuant to Rule 12 of the Federal Rules of Civil Procedure, as incorporated by Bankruptcy Rule 7012, on the grounds that good cause exists for the relief requested, in that this Court lacks jurisdiction to determine the issues raised by the Complaint; the Complaint does not contain sufficient information from which the Moving Defendants can determine how to respond to the Complaint; and even if the Court has jurisdiction and the Complaint is sufficiently definite, under the circumstances it is in the interests of justice that this case be stayed pending resolution in other fora of the issues relating to ownership of the Zangle software.

PLEASE TAKE FURTHER NOTICE THAT pursuant to Rule 9013-1(f) of the Local Bankruptcy Rules, if you wish to respond to the Motion, you must file a written response with the Bankruptcy Court and serve it upon Moving Defendants' counsel and the Office of the United States Trustee no less than fourteen (14) days prior to the above-stated hearing date.  If you fail to file a written response to the Motion with such time period, the Court may treat such failure as a waiver of your right to object to the relief sought and may approve the Motion.  If you wish to review the full Motion, you may review the Motion on file with the Court or request in writing a copy from Moving Defendants' counsel.

DATED: July 15, 2011                    **PERKINS COIE LLP**

By:      /s/ Steven G. Polard
   Alan D. Smith, CSBA 89112
   ADSmith@perkinscoie.com
   Steven G. Polard, CSBA 90319
   SPolard@perkinscoie.com

Attorneys for Defendants John Getchell and Zangle National Users' Group

09721-0003/LEGAL21321710.1                    -2-                    MOTION TO DISMISS OR STAY