**FILED**
**JUL 2 6 2011**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ZANGLE, INC.<br><br>Debtor(s),<br><br>ZANGLE, INC<br>                      Plaintiff<br>      vs.<br><br>ZANGLE NATIONAL USERS' GROUP; JOHN GETCHELL; GRAHAM HELLEWELL; TROY LEACH; Does 1 - 500 I<br><br>                  Defendant(s) | Case No: 2:11-bk-21515-RN<br>Adv. No: 2:11-ap-01999-RN<br><br>Chapter 11<br><br>**NOTICE OF RESCHEDULED HEARING**<br><br><u>**New date and time**</u>:<br>Date:   August 17, 2011<br>Time:   2:00 P.M.<br>**Ctrm: 1645** |

**TO ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that the hearing on the "**Motion to strike certain affirmative defenses or alternatively for a more definite statement and Motion to dismiss; or in the alternative for a more definite statement; or in the alternative to stay action**" has been rescheduled to <u>August 17, 2011 at 2:00 P.M.</u> before the Honorable Richard M. Neiter in Courtroom 1645 of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012.

Dated: July 26, 2011

/s/ Sandra Bryant
Deputy Clerk

1

2  **SERVICE LIST**

3  ***Parties Served via U.S. Mail***

4  Zangle Inc.
   23440 Civic Ctr. Dr. Ste 205
5  Malibu, CA 90265

6  Clarissa R. Canady
   Dannis Woliver Kelley
7  71 Stevenson St 19th Floor
   San Francisco, CA 94105
8

9  ***Parties Served Electronically***

10  Jeffrey B. Neustadt   jbneustadtlaw@sbcglobal.net
    US Trustee            ustpregion16.la.ecf@usdoj.gov
11  Cathy Ta              cathy.ta@bbklaw.com
12  Franklin C. Adams     franklin.adams@bbklaw.com
    Steven G Polard       spolard@perkinscoie.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26